# Court of Appeals
# of the State of Georgia

ATLANTA,  December 17, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0866. ERNEST MORTON v. ANGELA MORTON.**

In March 2018, the trial court entered a judgment and final decree of divorce in this case. Two months later, the trial court entered a "Thrift Savings Plan Retirement Benefits Court Order," awarding Angela Morton a portion of Ernest Morton's retirement benefits. Ernest thereafter filed a motion to set aside the court's order pursuant to OCGA § 9-11-60 (d). The trial court denied the motion, and Ernest filed this appeal. We, however, lack jurisdiction.

An appeal from an order denying a motion to set aside a judgment under OCGA § 9-11-60 (d) must be made by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006). Moreover, "[a]ppeals from judgments or orders in divorce, alimony, and other domestic relations cases" must also be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Ernest Morton's failure to file a discretionary application thus deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/17/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*